# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**
**RIVERTREE LANDING, LLC.,**                                   Case No. 6:07-mc-104-31DAB
      **Plaintiff**

**v.**

**JULIANNE E. MURPHY,**
      **Defendant**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO QUASH AND/OR OBJECTION TO SUBPOENAS (Doc. No. 1)
>
> **FILED:** November 1, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The motion purports to object to subpoenas issued to nine named entities, as well as "all other unnamed third parties upon whom a subpoena was issued in this cause." The "cause" referred to appears to be the underlying action, apparently pending in the Northern District of Illinois. None of the subpoenas are attached to the motion nor are alleged to have been issued by this Court, and there does not appear to be any other basis for this Court to exercise jurisdiction over these "objections." Indeed, the motion is all but incomprehensible in that it cites to "LR 37.2" (no such local rule exists in this district) and refers to pleadings and other matters that are not before this Court. The motion

is **denied,** without prejudice to renewal upon a proper showing of jurisdiction and adequate grounds for relief.

    **DONE** and **ORDERED** in Orlando, Florida on November 5, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties